IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 07-cv-01587-WYD-BNB | Date: September 7, 2007 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A401 |

| | |
|---|---|
| WEST RIDGE GROUP, L.L.C., | Phillip Anselmo by telephone |
| Plaintiff, | |
| v. | |
| FIRST TRUST COMPANY OF ONAGA, | Sean Saxon |
| | Sean Baker |
| ROGER CROUCH, | Thomas Hill |
| MORRILL AND JANES BANK AND TRUST, | Sean Saxon |
| | Sean Baker |
| NEILL H. TAYLOR, | Thomas Hill by telephone |
| Defendants. | |

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session:        10:06 a.m.

Appearance of counsel. Mike Riley present

Court's opening remarks.

Argument presented. .

**ORDERED:   Defendants First Trust Company of Onaga and Morrill and James Bank and Trust's motion for a more definite statement (filed August 1, 2007; doc #11) is denied as stated on the record.**

Court in Recess       10:21 a.m.       Hearing concluded.

Total time in court:     00:15