IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-01587-WYD-BNB

WEST RIDGE GROUP, L.L.C., and
DOES 1-100,

Plaintiff,

v.

FIRST TRUST COMPANY OF ONAGA,
ROGER CROUCH,
MORRILL AND JANES BANK AND TRUST,
NEILL H. TAYLOR, and
ROES 2-100,

Defendants.
_____

## ORDER
_____

This matter is before me on **Defendants First Trust Company of Onaga and Morrill and Janes Bank and Trust's Motion for a More Definite Statement** [Doc. # 11, filed 8/1/2007] (the "Motion"). I held a hearing on the Motion this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is DENIED.

IT IS FURTHER ORDERED that defendants First Trust Company of Onaga and Morrill and Janes Bank and Trust shall answer the complaint within ten days.

Dated September 7, 2007.

                                        BY THE COURT:

                                        s/ Boyd N. Boland
                                        United States Magistrate Judge