IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  07-cv-01587-WYD-BNB

WEST RIDGE GROUP, L.L.C.; and
DOES 1-100,

    Plaintiffs,

v.

FIRST TRUST COMPANY OF ONAGA;
ROGER CROUCH;
MORRILL AND JANES BANKS AND TRUST;
NEILL H. TAYLOR; and
ROES [DOES] 2-100,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    The Amended Motion to Dismiss Crouch and Taylor Counter Complaint (docket #43), filed September 25, 2007, is **STRICKEN** with leave to refile in compliance with this Court's Practice Standards.  This pleading appears to be incomplete.  The motion must be re-filed with all of the appropriate exhibits.

    Dated:  September 26, 2007