IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

---

Civil Action No. 07-cv-01587-WYD-BNB           Date: January 31, 2008
Courtroom Deputy: Geneva D. Mattei             FTR BNB COURTROOM A401

---

WEST RIDGE GROUP, L.L.C., and
DOES 1-100,

Plaintiff,

v.

| | |
|---|---|
| FIRST TRUST COMPANY OF ONAGA, | Sean Saxon |
| | Sean Baker |
| ROGER CROUCH, | Thomas Hill by telephone |
| MORRILL AND JANES BANK AND TRUST, | Sean Saxon |
| | Sean Baker |
| NEILL H. TAYLOR, and | Thomas Hill |
| ROES 2-100, | |

Defendants.

---

## COURTROOM MINUTES

---

**HEARING: MOTIONS**

Court in Session:     1:42 p.m.

Appearance of counsel. No appearance by counsel for the plaintiff or plaintiff.

Court's opening remarks.

**ORDERED:** First Trust Company of Onaga and Morrill and Janes Bank and Trust's motion for a protective order filed January 14, 2008; Doc 68 is granted as stated on the record. Plaintiff shall take the depositions of defendants' corporate representative, if at all, in Merriam Kansas.
The defendants shall file a motion for attorney fees and costs, if at all, on or before February 8, 2008.

Court in Recess     1:48 p.m.     Hearing concluded.

Total time in court: 00:06