IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-01587-WYD-BNB

WEST RIDGE GROUP, L.L.C., and
DOES 1-100,

Plaintiff,

v.

FIRST TRUST COMPANY OF ONAGA,
ROGER CROUCH,
MORRILL AND JANES BANK AND TRUST,
NEILL H. TAYLOR, and
ROES 2-100,

Defendants.
_____

**ORDER**
_____

This matter is before me on **First Trust Company of Onaga and Morrill and Janes Bank and Trust's Motion for a Protective Order** [Doc. # 68, filed 1/14/2008] (the "Motion"). I held a hearing on the Motion this afternoon. Counsel for all defendants appeared at the hearing; counsel for the plaintiff did not appear, however, did not contact the court, and did not respond to the Motion. During the hearing I made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is GRANTED. The depositions of the corporate representatives of First Trust Company of Onaga and Morrill and Janes Bank and Trust shall occur, if at all, in Merriam, Kansas.

IT IS FURTHER ORDERED that any motion by the defendants under Rule 37(a)(5) for the award of their reasonable expenses, including attorney fees, incurred in bringing the Motion shall be filed on or before **February 8, 2008**.

Dated January 31, 2008.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge