IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-01587-WYD-BNB

WEST RIDGE GROUP, L.L.C.; and
DOES 1-100,

    Plaintiffs,

v.

FIRST TRUST COMPANY OF ONAGA;
ROGER CROUCH;
MORRILL AND JANES BANKS AND TRUST;
NEILL H. TAYLOR; and
ROES [DOES] 2-100,

    Defendants.

## ORDER FOR ADMINISTRATIVE CLOSURE

THIS MATTER comes before the Court upon review of the file. On February 11, 2008, the Clerk of the Court notified my chambers that electronic Court filings sent to Plaintiffs' counsel, Phillip Ernest Anselmo, had been returned as undeliverable. Additionally, the Clerk of the Court attempted to contact Plaintiffs' counsel via telephone numerous times to no avail.

Thus, on February 13, 2008, I issued an Order to Show Cause ordering Plaintiff's counsel to show cause in writing within ten days of the Order why he is not in violation of D.C.COLO.LCivR 5.2, which requires that counsel notify the Court "[w]ithin ten days after any change of electronic-mail address . . . ." (Docket #76). I further stated that the failure to comply with the Order to Show Cause may result in sanctions.

As of today's date, Plaintiffs' counsel has failed to respond to my Order to Show Cause.

Therefore, I find that pursuant to D.C.COLO.LCivR 41.2, this case should be administratively closed. Thus, I direct the Clerk of the Court to administratively close this civil action subject to reopening for good cause shown. Good cause to reopen will require, at a minimum, that Plaintiffs' counsel address his failures to respond to my Orders and to comply with the Court's governing rules. Accordingly, it is

ORDERED that the Clerk of the Court shall administratively close this action pursuant to D.C.COLO.LCivR 41.2. It is

FURTHER ORDERED that the Clerk of the Court shall send this Order both electronically and via United States mail to Plaintiffs' counsel.

Dated: March 4, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge