IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  07-cv-01587-WYD-BNB

WEST RIDGE GROUP, L.L.C.; and
DOES 1-100,

    Plaintiffs,

v.

FIRST TRUST COMPANY OF ONAGA;
ROGER CROUCH;
MORRILL AND JANES BANKS AND TRUST;
NEILL H. TAYLOR; and
ROES [DOES] 2-100,

    Defendants.

---

## **MINUTE ORDER**

---

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    The Motion for Vacation of Administrative Dismissal (docket #88), filed March 16, 2008 is stricken with leave to refile in compliance with D.C.COLO.LCivR 7.1A.

    Dated:  March 18, 2008