IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-01587-WYD-BNB

WEST RIDGE GROUP, L.L.C.; and
DOES 1-100,

    Plaintiffs,

v.

FIRST TRUST COMPANY OF ONAGA;
ROGER CROUCH;
MORRILL AND JANES BANKS AND TRUST;
NEILL H. TAYLOR; and
ROES [DOES] 2-100,

    Defendants.

## ORDER TO REOPEN CASE

THIS MATTER comes before the Court on the Plaintiff's Motion for Vacation of Administrative Dismissal (docket #90), filed March 20, 2008. After careful consideration of the file in this matter, I find that this action should be reopened.

By way of background, on February 11, 2008, the Clerk of the Court notified my chambers that electronic Court filings sent to Plaintiff's counsel, Phillip Ernest Anselmo, had been returned as undeliverable. Additionally, the Clerk of the Court attempted to contact Plaintiff's counsel via telephone numerous times to no avail.

Thus, on February 13, 2008, I issued an Order to Show Cause ordering Plaintiff's counsel to show cause in writing within ten days of the Order why he is not in violation of D.C.COLO.LCivR 5.2, which requires that counsel notify the Court "[w]ithin

ten days after any change of electronic-mail address . . . ." (Docket #76). I further stated that the failure to comply with the Order to Show Cause may result in sanctions. Plaintiff's counsel failed to timely respond to my Order to Show Cause. Therefore, I found that pursuant to D.C.COLO.LCivR 41.2, this case should be administratively closed. I directed the Clerk of the Court to administratively close this civil action subject to reopening for good cause shown. I further informed Plaintiff's counsel that good cause to reopen will require, at a minimum, that Plaintiffs' counsel address his failures to respond to my Orders and to comply with the Court's governing rules.

On March 20, 2008, Plaintiff's counsel filed the instant motion to reopen the case. Plaintiff's counsel stated that he was out of the country and unable to respond to the Order the Show Cause in a timely manner. Plaintiff's counsel further explained that he made several attempts to respond to the Order to Show Cause which included traveling to the country of Mozambique in order to access internet connection. Plaintiff's counsel also stated that he was not aware that his email was not functioning and stated that his email address is unchanged and has been valid for years.

Based on the statements by Plaintiff's counsel, I find that this case should be reopened for good cause shown. However, I am also aware of Plaintiff's counsel's numerous errant filings and failures to appear at scheduled Court hearings. The majority of Plaintiff's counsel's filings in this case have been stricken for failure to comply with my practice standards. This Order puts Plaintiff's counsel on notice that if he continues to violate the Court's Orders, governing rules, and my practice standards, I will impose sanctions that may include both monetary penalties and or the dismissal of

this action. Accordingly, it is

ORDERED that Plaintiff's Motion for Vacation of Administrative Dismissal (docket #90), filed March 20, 2008, is **GRANTED.** It is

FURTHER ORDERED that the Clerk of the Court shall reopen this action. It is

FURTHER ORDERED that Plaintiff's counsel shall review and follow both the Court's governing rules and my practice standards with respect to filings and procedure. It is

FURTHER ORDERED that the hearing set for April 25, 2008 at 9:00 a.m. is **VACATED.** It is

FURTHER ORDERED that Plaintiff's Motion for Telephone Appearance (docket #96), filed April 2, 2008, is **DENIED AS MOOT.** It is

Dated: April 9, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge