IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-01587-WYD-BNB

WEST RIDGE GROUP, L.L.C., and
DOES 1-100,

Plaintiff,

v.

FIRST TRUST COMPANY OF ONAGA,
ROGER CROUCH,
MORRILL AND JANES BANK AND TRUST,
NEILL H. TAYLOR, and
ROES 2-100,

Defendants.
_____

**ORDER**
_____

This matter is before me on the following:

(1) **Motion of Defendants Roger Crouch and Neill H. Taylor to Appear By Telephone at Hearing Set for May 19, 2008** [Doc. # 103, filed 4/18/2008] (the "Motion re Settlement Conference"); and

(2) **Motion of Defendants Roger Crouch and Neill H. Taylor to Excuse Appearance of Roger Crouch at Settlement Conference Scheduled for may 13, 2008**[Doc. # 106, filed 4/21/2008] (the "Motion re Hearing").

The Motion re Settlement Conference is DENIED AS MOOT, and the Motion re Hearing is DENIED.

By minute order [Doc. # 66, filed 11/14/2008] a settlement conference was set for May 13, 2008, at 1:30 p.m. Subsequently, the district judge entered an Order for Administrative Closure [Doc. # 81, filed 3/4/2008]. As a result of the closure of the case, the settlement conference was removed from my calendar. Other matters have been set on that date, and I am no longer available to conduct a settlement conference in this case on May 13, 2008. In view of these facts, the Motion re Settlement Conference is moot because there is no settlement conference scheduled. A new settlement conference will be set at the request of the parties.

Counsel for the plaintiff was away from his office for an extended period of time while this case has been pending, and during his absence he failed to respond to court filings. The case was administratively closed as a result, and scheduled matters, including the settlement and pretrial conferences, were removed from my calendar. I have set the case for a status conference on May 19, 2008, to discuss how these events have impacted the case schedule and to set new dates as may be necessary. Also set for hearing on May 19, 2008, is the plaintiff's Motion for Reconsideration on Defendant Banks Place of Deposition [Doc. # 100, filed 4/11/2008], which contains serious allegations of misconduct against certain lawyers. In view of these facts, the minute order setting the status conference and hearing states in the clearest terms possible that "**ALL ATTORNEYS MUST APPEAR FOR THIS HEARING IN PERSON. THERE WILL BE NO EXCEPTIONS.**" Minute Order [Doc. # 102, filed 4/16/2008] (original emphasis). Without acknowledging or addressing the words of my minute order, counsel for Crouch and Taylor seeks leave to appear by telephone. The request is denied.

IT IS ORDERED that the Motion re Settlement Conference is DENIED AS MOOT.

IT IS FURTHER ORDERED that the Motion re Hearing is DENIED.

Dated April 22, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge