IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-01587-WYD-BNB

WEST RIDGE GROUP, L.L.C., and
DOES 1-100,

Plaintiff,

v.

FIRST TRUST COMPANY OF ONAGA,
ROGER CROUCH,
MORRILL AND JANES BANK AND TRUST,
NEILL H. TAYLOR, and
ROES 2-100,

Defendants.
_____

**ORDER**
_____

This matter is before me on plaintiff's **Motion for Reconsideration on Defendant Banks Place of Deposition** [Doc. # 100, filed 4/11/2008] (the "Motion"). I heard argument on the motion this afternoon and made rulings on the record, which are incorporated here. I also modified the case schedule as requested by the parties. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is DENIED.

IT IS FURTHER ORDERED that the case schedule is modified to the following extent:

**Discovery Cut-Off**: **August 1, 2008**

(All discovery must be completed by the discovery cut-off. All written discovery must be served so that responses are due on or before the discovery cut-off.)

**Dispositive Motions Deadline**: **September 1, 2008**

**Settlement Conference**: A settlement conference will be held on **August 11, 2008, at 10:00 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. All settlement conferences that take place before the magistrate judge shall be confidential. *Pro se* parties, attorneys, and client representatives with full authority to settle the case must be present at the settlement conference in person. (NOTE: This requirement is not fulfilled by the presence of counsel alone. If an insurance company is involved, an adjustor authorized to enter into settlement must also be present.) Each party shall submit a confidential settlement statement to the magistrate judge on or before **August 4, 2008**, outlining the facts and issues in the case and containing a specific offer of compromise, including a dollar amount the client will accept or pay in settlement and any other essential terms of a settlement.

**Final Pretrial Conference**: A final pretrial conference will be held in this case on **November 3, 2008, at 9:30 a.m.** A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than **October 27, 2008**.

Dated May 19, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge