IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 07-cv-01587-WYD-BNB | Date: May 19, 2008 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A401 |

| | |
|---|---|
| WEST RIDGE GROUP, LLC, | Phillip Anselmo |
| Plaintiff(s), | |
| v. | |
| FIRST TRUST COMPANY | Sean Baker |
| OF ONAGA, | Sean Saxon |
| ROGER CROUCH, | Thomas Hill |
| MORRILL and JANES BANK and | Sean Baker |
| TRUST | Sean Saxon |
| NEILL H. TAYLOR, | Thomas Hill |
| and Roes 2-10 | |
| Defendants. | |

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session:   1:32 p.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:** Motion for reconsideration on defendant banks place of deposition filed April 11, 2008; Doc. 100 is denied as stated on the record.

**ORDERED:** Discovery deadlines are as follows:
**Discovery cut-off: August 1, 2008**
**Dispositive motion deadline: September 1, 2008**
**Settlement Conference will be held on August 11, 2008 at 10:00 a.m.**

**Attorneys and client representatives with authority to settle must be**

**present. (Note: this requirement is not fulfilled by the presence of counsel. If any insurance company is involved, an adjuster authorized to enter into settlement must also be present.)**

**Each party shall submit a Confidential Settlement Statement to the Magistrate Judge on or before August 4, 2008 outlining the facts and issues in the case and the party's settlement position. Counsel shall call Chambers if they feel the settlement conference is premature, or would not be meaningful. In addition, each party shall disclose what it is willing to offer or accept in settlement.**

**Pretrial Conference shall be held November 3, 2008 at 9:30 a.m. in Courtroom A-401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. A proposed Pretrial Order shall be submitted on or before October 27, 2008.**

Court in Recess    2:08 p.m.    Hearing concluded    Total time in court:    00:36

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.