IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

Civil Action No. 07-cv-01587-WYD-BNB       Date: July 7, 2008
Courtroom Deputy: Geneva D. Mattei         FTR BNB COURTROOM A401

WEST RIDGE GROUP, LLC,                     Phillip Anselmo

        Plaintiff(s),

v.

FIRST TRUST COMPANY
OF ONAGA,                                  Sean Saxon
ROGER CROUCH,                              Thomas Hill
MORRILL and JANES BANK and
TRUST                                      Sean Saxon
NEILL H. TAYLOR,                           Thomas Hill
and Roes 2-10

        Defendant(s).

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session:       1:04 p.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:** **Defendants First Trust Company of Onaga and Morrill and Janes Bank and Trust's motion to compel production of documents filed May 30, 2008; Doc. 127 is Granted in Part and Denied in Part as stated on the record. Supplemental discovery responses due on or before July 18, 2008.**

**ORDERED:** **Plaintiff's request for protective order regarding defendants First Bank of Onaga and Morrill and James Banks' production requests filed June 8, 2008; Doc. 132 is Denied as stated on the record.**

Court in Recess          1:45 p.m.          Hearing concluded.     Total time in court:     00:41

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.