IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-01587-WYD-BNB

WEST RIDGE GROUP, L.L.C., and
DOES 1-100,

Plaintiff,

v.

FIRST TRUST COMPANY OF ONAGA,
ROGER CROUCH,
MORRILL AND JANES BANK AND TRUST,
NEILL H. TAYLOR, and
ROES 2-100,

Defendants.

_____

**ORDER**
_____

This matter is before me on the following:

(1) **Defendants First Trust Company of Onaga and Morrill and Janes bank and Trust's Motion to Compel Production of Documents** [Doc. # 127, filed 5/30/2008] (the "Motion to Compel"); and

(2) **Plaintiff's Request for Protective Order Regarding Defendants First Bank of Onaga and Morrill and James Banks' Production Requests** [Doc. # 132, filed 6/8/2008] (the "Motion for Protective Order").

I held a hearing on the motions this afternoon and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Compel is GRANTED IN PART and DENIED IN PART as specified on the record. Plaintiff shall make supplemental discovery responses on or before **July 18, 2008**, consistent with this order.

IT IS FURTHER ORDERED that the parties shall submit for my consideration a proposed protective order consistent with Appendix A to <u>Gillard v. Boulder Valley School Dist.</u>, 196 F.R.D. 382 (D. Colo. 2000), if at all, on or before July 15, 2008.

IT IS FURTHER ORDERED that the Motion for Protective Order is DENIED, consistent with the terms of my order on the Motion to Compel.

Dated July 7, 2008.

                        BY THE COURT:

                        s/ Boyd N. Boland
                        United States Magistrate Judge