IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-01587-WYD-BNB

WEST RIDGE GROUP, L.L.C., and
DOES 1-100,

Plaintiff,

v.

FIRST TRUST COMPANY OF ONAGA,
ROGER CROUCH,
MORRILL AND JANES BANK AND TRUST,
NEILL H. TAYLOR, and
ROES 2-100,

Defendants.
_____

**ORDER**
_____

I am informed that counsel for the plaintiff has sent or forwarded various e-mails directly to my chambers. Local rule of practice 77.2, D.C.COLO.LCivR, provides in relevant part:

> In the absence of previous authorization, no attorney or party to any proceeding shall send letters, pleadings, or other papers or copies directly to a judicial officer. Unless otherwise instructed, all matters to be called to a judicial officer's attention shall be submitted through the clerk, with copies served on all other parties or their attorneys.

IT IS ORDERED that plaintiff's counsel shall cease direct communications with my chambers and shall comply with D.C.COLO.LCivR 77.2.

Dated August 4, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge