IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-01587-WYD-BNB

WEST RIDGE GROUP, L.L.C.; and
DOES 1-100,

    Plaintiffs,

v.

FIRST TRUST COMPANY OF ONAGA;
ROGER CROUCH;
MORRILL AND JANES BANKS AND TRUST;
NEILL H. TAYLOR; and
ROES [DOES] 2-100,

    Defendants.

## ORDER

THIS MATTER comes before the Court on Plaintiff's Counsels' OSC Practice Status Response (docket #186). After reviewing the response to my Order to Show Cause, I find that it is insufficient. On August 15, 2008, the State Bar of California notified this Court that Plaintiff's counsel, Mr. Anselmo, was on suspended status. If Mr. Anselmo believes that this is in error, he must provide documentation from the State Bar of California. Without this documentation, I find that Mr. Anselmo is not a member in good standing of the State Bar of California and therefore in violation of D.C.COLO.LCivR 83.3, which requires that "[a]n attorney admitted to the bar of this court must remain in good standing in all courts where admitted." *Id.* "An attorney who is not in good standing shall not practice before the bar of this court or continue to be an

attorney of record in any pending case." *Id.* Therefore, my Order to Show Cause is not discharged.

Dated: August 20, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge