IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 07-cv-01587-WYD-BNB | Date: September 24, 2008 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A401 |

| | |
|---|---|
| WEST RIDGE GROUP, L.L.C., and DOES 1-100, | Phillip Anselmo |
| Plaintiff, | |
| v. | |
| FIRST TRUST COMPANY OF ONAGA, | Sean Baker |
| ROGER CROUCH, | Thomas Hill |
| MORRILL AND JANES BANK AND TRUST, | Sean Baker |
| NEILL H. TAYLOR, and | Thomas Hill |
| ROES 2-100, | |
| Defendant(s). | |

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session:   10:02 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:** Plaintiff motion to compel production responses from defendant First Bank of Onaga and Morrill and James(sic) Banks filed 7/15/08; Doc 150 is denied as stated on the record.

**ORDERED:** Plaintiff's motion to compel deposition responses from defendant Roger Crouch filed 7/19/08; Doc. 156 is granted as stated on the record. Deposition of Roger Crouch shall be completed on or before October 10, 2008.

**ORDERED:** Defendants First trust Company of Onaga and Morreill and James Bank and

**Trust's motion to strike plaintiff's untimely notice of demand for Rule 38 jury trial filed 7/28/08; Doc 159 is taken under advisement as stated on the record.**

ORDERED: **Defendants' motion for protective order and to quash subpoena filed 7/29/08;Doc. 162 is granted as stated on the record.**

ORDERED: **Plaintiff's motion for trial by jury filed 7/30/08; Doc. 164 is taken under advisement as stated on the record.**

ORDERED: **Plaintiff's motion to compel attendence(sic) of critical witness Melissa Bizer, Crouch and Taylors' appraiser filed 8/3/08; Doc. 167 is denied as stated on the record.**

ORDERED: **Plaintiff's motion to compel deposition answers and production of documents from subpoena's witness Larry Head filed 8/4/08; Doc 169 is denied without prejudice as stated on the record.**

ORDERED: **Plaintiff motion for entry of protective order filed 8/7/08; Doc 178 is denied as stated on the record.**

Court in Recess    11:12 a.m.    Hearing concluded.    Total time in court:    01:10

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.