IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-01587-WYD-BNB

WEST RIDGE GROUP, L.L.C., and
DOES 1-100,

Plaintiff,

v.

FIRST TRUST COMPANY OF ONAGA,
ROGER CROUCH,
MORRILL AND JANES BANK AND TRUST,
NEILL H. TAYLOR, and
ROES 2-100,

Defendants.
_____

**ORDER**
_____

This matter is before me on the following:

(1) **Plaintiff Motion to Compel Production Responses From Defendant First Bank of Onaga and Morrill and James Banks** [Doc. # 150, filed 7/15/2008] (the "Motion to Compel: Banks");

(2) **Plaintiff's Motion to Compel Deposition Responses from Defendant Roger Crouch** [Doc. # 156, filed 7/19/2008] (the "Motion to Compel: Crouch");

(3) **Defendants' Motion for Protective Order and to Quash Subpoena** [Doc. # 162, filed 7/29/2008] (the "Motion for Protective Order: Bizer");

(4) **Plaintiff's Motion to Compel Attendance of Critical Witness Melissa Bizer, Crouch and Taylors' Appraiser** [Doc. # 167, filed 8/3/2008] (the "Motion to Compel: Bizer");

(5) **Plaintiff's Motion to Compel Deposition Answers and Production of**

**Documents From Subpoenad Witness Larry Head** [Doc. # 169, filed 8/4/2008] (the "Motion to Compel: Head"); and

(6) **Plaintiff Motion for Entry of Protective Order** [Doc. # 178, filed 8/7/2008] (the "Motion for Blanket Protective Order").

I held a hearing on these motions this morning and made rulings on the record. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Compel: Banks [Doc. # 150] is DENIED.

IT IS FURTHER ORDERED that the Motion to Compel: Crouch [Doc. # 156] is GRANTED. The deposition of Roger Crouch is reopened to require Mr. Crouch to answer the "certified questions" identified in the motion, and reasonable follow-up questions. The reopened deposition shall last not more than three hours and shall be concluded by **October 10, 2008**.

IT IS FURTHER ORDERED that the Motion for Protective Order: Bizer [Doc. # 162] is GRANTED.

IT IS FURTHER ORDERED that the Motion to Compel: Bizer is DENIED.

IT IS FURTHER ORDERED that the Motion to Compel: Head [Doc. # 169] is DENIED WITHOUT PREJUDICE to be renewed, if at all, upon proof of the service of a motion to compel on Mr. Head.

IT IS FURTHER ORDERED that the Motion for Blanket Protective Order [Doc. # 178] is DENIED.

IT IS FURTHER ORDERED, on the request of the plaintiff and without objection from the defendants, that the pretrial conference set for November 3, 2008, at 9:30 a.m., is VACATED and RESET to **November 18, 2008, at 9:00 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj

United States Courthouse, 901 19th Street, Denver, Colorado. The parties shall prepare a proposed final pretrial order and submit it to the court on or before **November 11, 2008**.

Dated September 24, 2008.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge