IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-01587-WYD-BNB

WEST RIDGE GROUP, L.L.C., and
DOES 1-100,

Plaintiff,

v.

FIRST TRUST COMPANY OF ONAGA,
ROGER CROUCH,
MORRILL AND JANES BANK AND TRUST,
NEILL H. TAYLOR, and
ROES 2-100,

Defendants.
_____

**ORDER**
_____

The parties appeared this afternoon for a supplemental final pretrial conference. The revised proposed final pretrial order was refused for the reasons stated on the record. Consistent with matters discussed at the conference today:

IT IS ORDERED that copies of exhibits to be listed on the final pretrial order shall be exchanged so that they are received by all other parties on or before **December 2, 2008**. The objections contemplated by Fed. R. Civ. P. 26(a)(3) shall be filed with the clerk and served by hand delivery or facsimile no later than **December 23, 2008**.

IT IS FURTHER ORDERED that the parties shall confer and submit on or before **December 12, 2008**, a second revised proposed final pretrial order, modified as discussed at the conference today.

IT IS FURTHER ORDERED that a settlement conference will be held on **December 19,**

**2008, at 1:30 p.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. Attorneys and client representatives with full authority to settle the case must be present at the conference in person. (NOTE: This requirement is not fulfilled by the presence of counsel alone. If an insurance company is involved, an adjustor authorized to enter into settlement must be present at the conference in person.) Each party shall submit a confidential settlement statement to my chambers on or before **December 15, 2008**, outlining the facts and issues in the case and containing a specific offer of compromise, including a dollar amount the client will accept or pay in settlement and specifying all essential non-economic terms of settlement.

Dated November 20, 2008.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge