**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

---

| | |
|---|---|
| Courtroom Deputy:   Robert R. Keech | Date:   June 11, 2009 |
| E.C.R./Reporter:    Therese Lindblom | |

---

| | |
|---|---|
| Civil Action No:  **07-cv-01587-WYD-BNB** | Counsel: |
| **WEST RIDGE GROUP, LLC**, | Phillip E. Anselmo |
| Plaintiff, | |
| v. | |
| **FIRST TRUST COMPANY OF ONAGA, et al.**, | Thomas C. Hill |
| Defendants. | |

---

## COURTROOM MINUTES

**TRIAL PREPARATION CONFERENCE**

**9:15 a.m.**     Court in Session

APPEARANCES OF COUNSEL.

Court's opening remarks.

9:17 a.m.     Discussion regarding issues for trial and estimate for length of trial being two days.

9:19 a.m.     Discussion regarding proposed findings of fact and conclusions of law.

**ORDERED:**   Plaintiff shall file proposed findings of fact and conclusions of law not later than **Friday, June 19, 2009.**

**ORDERED:**   Revised exhibit lists shall be filed not later than **Friday, June 19, 2009.**

**ORDERED:**    Joint Motion to Amend/Correct/Modify Pretrial Order [doc. #283], filed June 10, 2009, is **GRANTED.**

**ORDERED:**    Defendants Roger Crouch and Neill H. Taylor's Counterclaim for Abuse of Process is dismissed.

9:27 a.m.    Discussion regarding pretrial issues that need to be resolved prior to trial.

**9:45 a.m.**    Court in Recess - HEARING CONCLUDED

**TOTAL TIME:   0:30**